AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern    District of    Columbia

Perry Michelson
Cheryl Michelson

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA

Case: 1:07-cv-00690
Assigned To : Robertson, James
Assign. Date : 4/16/2007
Description: MICHELSON v. USA

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Perry Michelson
Cheryl Michelson
377 East 2400 Road
Edgerton, Kansas 66021

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    APR 16 2007

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 10 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Orville T. Gambrel | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS Registered mail # RE 179834 718 45

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 10 2007     Orville T. Gambrel
            *Date*              *Signature of Server*

2383 N 400 Rd
Edgerton KS 66021
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RE17 9834 718U S**
Detailed Results:

- **Delivered, May 14, 2007, 11:59 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 13, 2007, 12:44 am, WASHINGTON, DC 20074**

[ < Back ]    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 



POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

| Registered No. RE 179 834 718 US | Date Stamp |
|---|---|
| Reg. Fee | |
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by JPower | |
| Customer Must Declare Full Value $ | ☑ With Postal Insurance / ☐ Without Postal Insurance |

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM:
Perry Michelson
377 E. 2400 Rd
Edgerton, KS 66021

TO:
Alberto Gonzales, United States Attorney General
Civil Process Clerk
950 Pennsylvania Avenue
Washington, DC 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Columbia_____

Perry Michelson
Cheryl Michelson

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-00690
Assigned To : Robertson, James
Assign. Date : 4/16/2007
Description: MICHELSON v. USA

TO: (Name and address of Defendant)

Jeffery Taylor,
United States Attorney, District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Perry Michelson
Cheryl Michelson
377 East 2400 Road
Edgerton, Kansas 66021

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    APR 1 6 2007
_____            _____
CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 10 2007 |
| NAME OF SERVER (PRINT) Orville T. Gambrel | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  USPS Registered mail # RE179834704445

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 10 2007     Orville T. Gambrel
          Date                  Signature of Server

2383 N 400 Rd
*Address of Server*
Edgerton Ks 66021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **RE17 9834 704U S**
Detailed Results:
- Delivered, May 14, 2007, 11:59 am, WASHINGTON, DC 20530
- Arrival at Unit, May 13, 2007, 12:44 am, WASHINGTON, DC 20074

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    05/15/2007

| Registered No. RE1798347045 | Date Stamp |
|---|---|

| To Be Completed By Post Office | Reg. Fee | |
|---|---|---|
| | Handling Charge | Return Receipt |
| | Postage | Restricted Delivery |
| | Received by *Jones* | |
| | Customer Must Declare Full Value $ 100 oc | ☒ With Postal Insurance  ☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | Perry Michelson |
|---|---|---|
| | | 377 E. 2400 Rd. |
| | | Edgerton, KS 66021 |
| | TO | Jeffrey Taylor |
| | | United States Attorney, Dist. of Columbia |
| | | Civil Process Clerk    555 4th Street NW |
| | | Washington, DC 20530 |

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com