UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERRY MICHELSON, *et al.*,          :
                                    :
       Plaintiffs,                 :
                                    :
  v.                                : Civil Action No. 07-0690 (JR)
                                    :
UNITED STATES OF AMERICA,           :
                                    :
       Defendant.                  :

### ORDER

      Plaintiffs have not responded to the government's motion to dismiss within the time permitted by the Civil Rules of this Court or within the extended period established by this Court's Order of 10/1/07 [6]. It is accordingly **ORDERED** that the government's motion to dismiss [5] is **granted** and that plaintiffs' complaint is **dismissed**. This is a final, appealable order.

                                      JAMES ROBERTSON
                             United States District Judge